**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LAWANDA LYNN EVANS**                                                                **PLAINTIFF**

v.                          **CASE NO. 5:16-CV-00021 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
 **Social Security Administration**                                                   **DEFENDANT**

# ORDER

The recommended disposition [Doc. No. 13] filed by Magistrate Judge Beth Deere has been received. Plaintiff Lawanda Evans has filed no objections. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, the commissioner's decision is affirmed, and Evans's complaint is dismissed with prejudice.

IT IS SO ORDERED this 27th day of February 2017.

_____
UNITED STATES DISTRICT JUDGE